PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Shawn Love           **Docket Number:** 14-09081M-001
          **PACTS Number:** 404668

**Name of Sentencing Judicial Officer:** HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 09/25/2014

**Original Offense:** Theft of Personal Property, 18 U.S.C. § 661

**Original Sentence:** 4 years probation (unsupervised); Restitution- $1,063 to be paid in 2 years $50 monthly; Fine- $500

**Type of Supervision:** Probation        **Date Supervision Commenced:** 09/25/2014

**Assistant U.S. Attorney:** Sara Frances Merin, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Michael Carter, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ X ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>A criminal record check revealed the offender was arrested on October 3, 2014, by the Teaneck New Jersey Police Department and charged with Receiving Stolen Property (2C:20-7A), Driving While Intoxicated (39:4-50), Driving with a Suspended Driver's License (39:3-40), Blocking Traffic by Slow Moving Driving (39:4-97.1), and Possession of CDS in Motor Vehicle (39:4-49.1). Additionally, the offender was charged with the following offenses: Under the Influence of CDS (2C:35-10B), Possession of CDS (2C:35-10A), and Possession of Stolen Property (2C:20-7A). |

2.     The offender has violated the mandatory supervision condition which states **'You shall not illegally possess a controlled substance'**

When arrested, the offender possessed two oxycodone pills.

3.     The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'**

The offender was intoxicated at the time of his arrest.

4.     The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

The offender failed to notify the Probation Office of his arrest or questioned by law enforcement.

5.     The offender has violated the standard supervision condition which states **'You shall not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised.'**

The offender was operating a motor vehicle while his driver's license was suspended.

I declare under penalty of perjury that the foregoing is true and correct.

By: Ivettelis Perez
U.S. Probation Officer
10/23/2014

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer